UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

OE PLUS, LTD.,

   Plaintiff(s)

VS.

ARCH AUTO PARTS CORPORATION,
MICHAEL LEE and CHRISTOPHER BODH

   Defendant(s)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CASE NO. 05-10723 NMG**

## **ANSWER OF THE DEFENDANT, ARCH AUTO PARTS CORPORATION**

1. Arch Auto Parts Corporation is without sufficient information to either admit or deny the allegations in Paragraph 1 of the Complaint.

2. Arch Auto Parts Corporation is without sufficient information to either admit or deny the allegations in Paragraph 2 of the Complaint.

3. Arch Auto Parts Corporation is without sufficient information to either admit or deny the allegations in Paragraph 3 of the Complaint.

4. Arch Auto Parts Corporation is without sufficient information to either admit or deny the allegations in Paragraph 4 of the Complaint.

5. Arch Auto Parts Corporation denies the allegations in Paragraph 5 of the Complaint.

6. Arch Auto Parts Corporation is without sufficient information to either admit or deny the allegations in Paragraph 6 of the Complaint.

7. Arch Auto Parts Corporation is without sufficient information to either admit or deny the allegations in Paragraph 7 of the Complaint.

8. Arch Auto Parts Corporation is without sufficient information to either admit or deny the allegations in Paragraph 8 of the Complaint.

9. Arch Auto Parts Corporation is without sufficient information to either admit or deny the allegations in Paragraph 9 of the Complaint.

10. Arch Auto Parts Corporation is without sufficient information to either admit or deny the allegations in Paragraph 10 of the Complaint.
11. Arch Auto Parts Corporation is without sufficient information to either admit or deny the allegations in Paragraph 11 of the Complaint.
12. Arch Auto Parts Corporation is without sufficient information to either admit or deny the allegations in Paragraph 12 of the Complaint.
13. Arch Auto Parts Corporation is without sufficient information to either admit or deny the allegations in Paragraph 13 of the Complaint.
14. Arch Auto Parts Corporation is without sufficient information to either admit or deny the allegations in Paragraph 14 of the Complaint.
15. Arch Auto Parts Corporation is without sufficient information to either admit or deny the allegations in Paragraph 15 of the Complaint.
16. Arch Auto Parts Corporation is without sufficient information to either admit or deny the allegations in Paragraph 16 of the Complaint.
17. Arch Auto Parts Corporation is without sufficient information to either admit or deny the allegations in Paragraph 17 of the Complaint.
18. No response required.
19. Arch Auto Parts Corporation is without sufficient information to either admit or deny the allegations in Paragraph 19 of the Complaint.
20. Arch Auto Parts Corporation is without sufficient information to either admit or deny the allegations in Paragraph 20 of the Complaint.
21. Arch Auto Parts Corporation denies the allegations in Paragraph 21 of the Complaint.
22. Arch Auto Parts Corporation denies the allegations in Paragraph 22 of the Complaint.
23. No response required.
24. Arch Auto Parts Corporation is without sufficient information to either admit or deny the allegations in Paragraph 24 of the Complaint.
25. Arch Auto Parts Corporation denies the allegations in Paragraph 25 of the Complaint.

26. Arch Auto Parts Corporation denies the allegations in Paragraph 26 of the Complaint.
27. No response required.
28. Arch Auto Parts Corporation is without sufficient information to either admit or deny the allegations in Paragraph 28 of the Complaint.
29. Arch Auto Parts Corporation is without sufficient information to either admit or deny the allegations in Paragraph 29 of the Complaint.
30. No response required.
31. Arch Auto Parts Corporation denies the allegations in Paragraph 31 of the Complaint.
32. No response required.
33. Arch Auto Parts Corporation denies the allegations in Paragraph 33 of the Complaint.
34. Arch Auto Parts Corporation denies the allegations in Paragraph 34 of the Complaint.
35. Arch Auto Parts Corporation denies the allegations in Paragraph 35 of the Complaint.
36. No response required.
37. Arch Auto Parts Corporation denies the allegations in Paragraph 37 of the Complaint.
38. Arch Auto Parts Corporation denies the allegations in Paragraph 38 of the Complaint.
39. Arch Auto Parts Corporation denies the allegations in Paragraph 39 of the Complaint.
40. Arch Auto Parts Corporation denies the allegations in Paragraph 40 of the Complaint.
41. No response required.
42. Arch Auto Parts Corporation denies the allegations in Paragraph 42 of the Complaint.
43. Arch Auto Parts Corporation denies the allegations in Paragraph 43 of the Complaint.
44. Arch Auto Parts Corporation denies the allegations in Paragraph 44 of the Complaint.
45. No response required.
46. Arch Auto Parts Corporation is without sufficient information to either admit or deny the allegations in Paragraph 46 of the Complaint.
47. Arch Auto Parts Corporation denies the allegations in Paragraph 47 of the Complaint.
48. Arch Auto Parts Corporation denies the allegations in Paragraph 48 of the Complaint.
49. Arch Auto Parts Corporation denies the allegations in Paragraph 49 of the Complaint.

50.     Arch Auto Parts Corporation denies the allegations in Paragraph 50 of the Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted, and therefore should be dismissed pursuant to Rule 12 of the Massachusetts Rule of Civil Procedure

### SECOND AFFIRMATIVE DEFENSE

The Plaintiff has breached the terms and conditions of its agreements or contract, and therefore, can recover nothing.

### THIRD AFFIRMATIVE DEFENSE

By its own actions, conduct and agreements, the Plaintiff has waived any claims it may have against the Defendant.

### FOURTH AFFIRMATIVE DEFENSE

By its own actions, conduct and agreements, the Plaintiff is estopped from asserting any claims against the Defendant.

### FIFTH AFFIRMATIVE DEFENSE

The Plaintiff's claims against the Defendant fail for lack of personal jurisdiction.

### SIXTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred by virtue of its Unclean Hands.

### SEVENTH AFFIRMATIVE DEFENSE

To the extent that the Defendant owed any obligations to the Plaintiff, such obligations have been fully, completely and properly performed in every respect.

### EIGHTH AFFIRMATIVE DEFENSE

The Plaintiff has not set forth any recoverable damages which occurred as a result of any acts or omissions of the Defendant.

### NINTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are wholly insubstantial, frivolous and not advanced in good faith and therefore, the Defendant is entitled to recover costs, expenses and attorneys fees under

M.G.L. c. 231, sec. 6F.

## **PRAYERS FOR RELIEF**

**WHEREFORE**, the Plaintiff pray as follows:

1. That Judgment enter in favor of the Defendant, Arch Auto Parts Corporation, together with interest, costs and reasonable attorney's fees; and

2. For such other relief as this Honorable Court deems just and equitable.

        ARCH AUTO PARTS CORPORATION

        By its attorneys,
        Cohn & Dussi, LLC,

        /s/ Michael H. Theodore
        Lewis J. Cohn, BBO# 553803
        Michael H. Theodore, BBO#565098
        Cohn & Dussi, LLC
        25 Burlington Mall Road, 6th Floor
        Burlington, MA 01803
        (781) 494-0200

<u>CERTIFICATE OF SERVICE</u>

      I, Michael H. Theodore, certify that on this 5th day of May, 2005, I served upon counsel of record, by fax and by first class mail, postage prepaid, a true and accurate copy of the foregoing document.

<u>/s/ Michael H. Theodore</u>