UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * *   *
                                                    *
OE PLUS, LTD.,                                      *
                                                    *
            Plaintiff(s)                            *   CASE NO. 05-10723 NMG
VS.                                                 *
                                                    *
ARCH AUTO PARTS CORPORATION,                        *
MICHAEL LEE and CHRISTOPHER BODH                    *
                                                    *
                                                    *
            Defendant(s)                            *
                                                    *
* * * * * * * * * * * * * * * * * * * * * * * * *   *
```

## ANSWER OF THE DEFENDANTS, MICHAEL LEE AND CHRISTOPHER BODH

1. Michael Lee and Christopher Bodh are without sufficient information to either admit or deny the allegations in Paragraph 1 of the Complaint.

2. Michael Lee and Christopher Bodh are without sufficient information to either admit or deny the allegations in Paragraph 2 of the Complaint.

3. Michael Lee and Christopher Bodh are without sufficient information to either admit or deny the allegations in Paragraph 3 of the Complaint.

4. Michael Lee and Christopher Bodh are without sufficient information to either admit or deny the allegations in Paragraph 4 of the Complaint.

5. Michael Lee and Christopher Bodh deny the allegations in Paragraph 5 of the Complaint.

6. Michael Lee and Christopher Bodh are without sufficient information to either admit or deny the allegations in Paragraph 6 of the Complaint.

7. Michael Lee and Christopher Bodh are without sufficient information to either admit or deny the allegations in Paragraph 7 of the Complaint.

8. Michael Lee and Christopher Bodh are without sufficient information to either admit or deny the allegations in Paragraph 8 of the Complaint.

9. Michael Lee and Christopher Bodh are without sufficient information to either admit or deny the allegations in Paragraph 9 of the Complaint.

10. Michael Lee and Christopher Bodh are without sufficient information to either admit or deny the allegations in Paragraph 10 of the Complaint.
11. Michael Lee and Christopher Bodh are without sufficient information to either admit or deny the allegations in Paragraph 11 of the Complaint.
12. Michael Lee and Christopher Bodh are without sufficient information to either admit or deny the allegations in Paragraph 12 of the Complaint.
13. Michael Lee and Christopher Bodh are without sufficient information to either admit or deny the allegations in Paragraph 13 of the Complaint.
14. Michael Lee and Christopher Bodh are without sufficient information to either admit or deny the allegations in Paragraph 14 of the Complaint.
15. Michael Lee and Christopher Bodh are without sufficient information to either admit or deny the allegations in Paragraph 15 of the Complaint.
16. Michael Lee and Christopher Bodh are without sufficient information to either admit or deny the allegations in Paragraph 16 of the Complaint.
17. Michael Lee and Christopher Bodh are without sufficient information to either admit or deny the allegations in Paragraph 17 of the Complaint.
18. No response required.
19. Michael Lee and Christopher Bodh are without sufficient information to either admit or deny the allegations in Paragraph 19 of the Complaint.
20. Michael Lee and Christopher Bodh are without sufficient information to either admit or deny the allegations in Paragraph 20 of the Complaint.
21. Michael Lee and Christopher Bodh deny the allegations in Paragraph 21 of the Complaint.
22. Michael Lee and Christopher Bodh deny the allegations in Paragraph 22 of the Complaint.
23. No response required.
24. Michael Lee and Christopher Bodh are without sufficient information to either admit or

deny the allegations in Paragraph 24 of the Complaint.

25. Michael Lee and Christopher Bodh deny the allegations in Paragraph 25 of the Complaint.

26. Michael Lee and Christopher Bodh deny the allegations in Paragraph 26 of the Complaint.

27. No response required.

28. Michael Lee and Christopher Bodh deny is without sufficient information to either admit or deny the allegations in Paragraph 28 of the Complaint.

29. Michael Lee and Christopher Bodh are without sufficient information to either admit or deny the allegations in Paragraph 29 of the Complaint.

30. No response required.

31. Michael Lee and Christopher Bodh deny the allegations in Paragraph 31 of the Complaint.

32. No response required.

33. Michael Lee and Christopher Bodh deny the allegations in Paragraph 33 of the Complaint.

34. Michael Lee and Christopher Bodh deny the allegations in Paragraph 34 of the Complaint.

35. Michael Lee and Christopher Bodh deny the allegations in Paragraph 35 of the Complaint.

36. No response required.

37. Michael Lee and Christopher Bodh deny the allegations in Paragraph 37 of the Complaint.

38. Michael Lee and Christopher Bodh deny the allegations in Paragraph 38 of the Complaint.

39. Michael Lee and Christopher Bodh deny the allegations in Paragraph 39 of the Complaint.

40. Michael Lee and Christopher Bodh deny the allegations in Paragraph 40 of the Complaint.

41. No response required.

42. Michael Lee and Christopher Bodh deny the allegations in Paragraph 42 of the Complaint.

43. Michael Lee and Christopher Bodh deny the allegations in Paragraph 43 of the Complaint.

44. Michael Lee and Christopher Bodh deny the allegations in Paragraph 44 of the Complaint.

45. No response required.

46. Michael Lee and Christopher Bodh are without sufficient information to either admit or deny the allegations in Paragraph 46 of the Complaint.

47. Michael Lee and Christopher Bodh deny the allegations in Paragraph 47 of the Complaint.

48. Michael Lee and Christopher Bodh deny the allegations in Paragraph 48 of the Complaint.

49. Michael Lee and Christopher Bodh deny the allegations in Paragraph 49 of the Complaint.

50. Michael Lee and Christopher Bodh deny the allegations in Paragraph 50 of the Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted, and therefore should be dismissed pursuant to Rule 12 of the Federal Rules of Civil Procedure

### SECOND AFFIRMATIVE DEFENSE

The Plaintiff has breached the terms and conditions of its agreements or contract, and therefore, can recover nothing.

### THIRD AFFIRMATIVE DEFENSE

By its own actions, conduct and agreements, the Plaintiff has waived any claims it may have against the Defendants.

### FOURTH AFFIRMATIVE DEFENSE

By its own actions, conduct and agreements, the Plaintiff is estopped from asserting any claims against the Defendant.

### FIFTH AFFIRMATIVE DEFENSE

The Plaintiff's claims against the Defendants fail for lack of personal jurisdiction.

### SIXTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred by virtue of its Unclean Hands.

### SEVENTH AFFIRMATIVE DEFENSE

To the extent that the Defendants owed any obligations to the Plaintiff, such obligations have been fully, completely and properly performed in every respect.

### EIGHTH AFFIRMATIVE DEFENSE

The Plaintiff has not set forth any recoverable damages which occurred as a result of any acts or omissions of the Defendants.

### NINTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are wholly insubstantial, frivolous and not advanced in good faith and therefore, the Defendant is entitled to recover costs, expenses and attorneys fees under M.G.L. c. 231, sec. 6F.

### TENTH AFFIRMATIVE DEFENSE

The Defendants owed no duty to the Plaintiff.

### ELEVENTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred by the Statute of Limitations.

### TWELFTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred by the Statute of Frauds.

### THIRTEENTH AFFIRMATIVE DEFENSE

Any injury suffered by the Plaintiff was not caused by the actions and/or omissions of the Defendants.

**FOURTEENTH AFFIRMATIVE DEFENSE**

The Defendants did not supply false information to the Plaintiff.

**FIFTEENTH AFFIRMATIVE DEFENSE**

The Defendants exercised reasonable care and/or competence at all times in its communications with Plaintiff.

**SIXTEENTH AFFIRMATIVE DEFENSE**

The Defendants did not use any corporation to promote fraud.

**PRAYERS FOR RELIEF**

**WHEREFORE**, the Plaintiff pray as follows:

1. That Judgment enter in favor of the Defendants, Michael Lee and Christopher Bodh, together with interest, costs and reasonable attorney's fees; and

2. For such other relief as this Honorable Court deems just and equitable.

Michael Lee and Christopher Bodh

By their attorneys,
Cohn & Dussi, LLC,

/s/ Michael H. Theodore
Lewis J. Cohn, BBO# 553803
Michael H. Theodore, BBO#565098
Cohn & Dussi, LLC
25 Burlington Mall Road, 6th Floor
Burlington, MA 01803
(781) 494-0200

<u>CERTIFICATE OF SERVICE</u>

      I, Michael H. Theodore, certify that on this 19th day of May, 2005, I served upon counsel of record, by first class mail, postage prepaid, or by electronic filing, a true and accurate copy of the foregoing document.

<u>/s/ Michael H. Theodore</u>