UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| OE PLUS, LTD. | ) )  ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 05-10723 NMG |
| ARCH AUTO PARTS CORPORATION, MICHAEL LEE and CHRISTOPHER BODH | ) ) ) ) ) |
| Defendants. | ) ) |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

The Plaintiff, OE Plus, Ltd. ("Plaintiff"), and the Defendants, Arch Auto Parts Corporation, Michael Lee and Christopher Bodh ("Defendants"), hereby submit this Joint Statement Regarding Proposed Pretrial Schedule pursuant to Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts and the Court's Notice of Scheduling Conference. The parties jointly and respectfully request that the Court approve the following Proposed Pretrial Schedule and Discovery Plan:

**I.   Proposed Discovery Plan**

| | |
|---|---|
| August 19, 2005 | The Parties have agreed to complete and serve automatic disclosures on or before this deadline. |
| December 30, 2005 | Deadline for completion of all fact discovery, including requests for production of documents, interrogatories and fact witness depositions. |

**II.   Proposed Schedule for Filing Motions**

| | |
|---|---|
| January 31, 2006 | Deadline for filing dispositive motions, if any. Any opposition thereto shall be due within 30 days of said dispositive motion. |

The parties further reserve their rights to request leave of this Court to submit reply briefs and/or surreply briefs.

### III. Modification of Scheduled Dates

The parties submit that they will be ready for a Pre-Trial Conference in this action within 45 days of the date of a final ruling by the Court on any dispositive motion.

All dates, other than any trial date, may be modified subject to written agreement of the parties and approval by the Court, or upon motion to the Court for good cause.

### IV. Trial by a Magistrate Judge

At the present time, the parties do not consent to a trial of this action by a Magistrate Judge.

### V. Consent to Court-Ordered Alternative Dispute Resolution

The parties do not consent to court-ordered alternative dispute resolution at this time. Both parties are prepared to reconsider the appropriateness of alternative dispute resolution at the close of discovery.

### VI. Settlement

The parties have discussed settlement but have been unable to reach agreement as of this date. The Plaintiff made a written settlement demand on the Defendants by letter dated February 15, 2005. The Defendants have made a settlement offer to the Plaintiff since the commencement of the litigation.

### VII. Certifications

The undersigned counsel certify that they have conferred with their clients with a view to establishing a budget for the costs of conducting the full course and various alternative courses of litigation, and to consider the resolution of the litigation through the use of alternative dispute

resolution programs. The parties have submitted, or will submit, separately the certifications required by Local Rule 16.1(D)(3).

WHEREFORE, Plaintiff and Defendants respectfully request that the Court approve their Proposed Pretrial Schedule and Discovery Plan, with such amendments as the Court deems just and proper.

| OE PLUS, LTD. | ARCH AUTO PARTS CORPORATION, MICHAEL LEE, and CHRISTOPHER BODH |
|---|---|
| By its attorneys, | By their attorneys, |
| /s/ Heidsha Batista | /s/ Michael H. Theodore |
| Kevin J. Lesinski (BBO #554140) | Lewis J. Cohn, Esq. (BBO #553803) |
| Heidsha Batista (BBO #655263) | Michael H. Theodore (BBO #565098) |
| SEYFARTH SHAW LLP | COHN & DUSSI, LLC |
| World Trade Center East | 25 Burlington Mall Road, 6th Floor |
| Two Seaport Lane, Suite 300 | Burlington, MA 01803 |
| Boston, MA 02210-2028 | (781) 494-0200 |
| Telephone:   (617) 946-4800 | |
| Telecopier:   (617) 946-4801 | |

BO1 15726078.1 / 35276-000002