UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * *   *
                                                    *
                                                    *
OE PLUS, LTD.,                                      *
                                                    *
              Plaintiff(s)                          *   CASE NO. 05-10723 NMG
VS.                                                 *
                                                    *
ARCH AUTO PARTS CORPORATION,                        *
MICHAEL LEE and CHRISTOPHER BODH                    *
                                                    *
                                                    *
              Defendant(s)                          *
                                                    *
* * * * * * * * * * * * * * * * * * * * * * * * *   *
```

## CERTIFICATION OF THE DEFENDANTS PURSUANT TO LOCAL RULE 16.1

The Defendants, Arch Auto Parts Corporation, Michael Lee and Christopher Bodh, hereby certify that they have conferred with their counsel (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Arch Auto Parts Corporation

By its authorized representative:

_____ as VP

Michael Lee

_____

Christopher Bodh

_____

## CERTIFICATE OF SERVICE

I, Michael H. Theodore, certify that on this 22nd day of July, 2005, I served upon counsel of record, by electronic filing or by first class mail, postage prepaid, a true and accurate copy of the foregoing document.

/s/ Michael H. Theodore