UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| OE PLUS, LTD. )<br><br>Plaintiff, )<br><br>vs. )<br><br>ARCH AUTO PARTS CORPORATION, )<br>MICHAEL LEE and )<br>CHRISTOPHER BODH )<br><br>Defendants. ) | Case No. 05-10723 NMG |

## PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Plaintiff OE Plus, Ltd. hereby certifies that it has conferred with its counsel (1) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

OE Plus, Ltd.
By Its President

_____
Eric Roberts

### Certificate of Service

I, Heidsha Sheldon, hereby certify that on August 29, 2005, I caused a true and accurate copy of the within document to be served by first class mail on Michael H. Theodore, Cohn & Dussi, LLC, 25 Burlington Mall Road, 6th Floor, Burlington, MA 01803.

_____
Heidsha Sheldon

BO1 15733670.1 / 35276-000002