UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OE PLUS, LTD. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ARCH AUTO PARTS CORPORATION, )<br>MICHAEL LEE and )<br>CHRISTOPHER BODH )<br>)<br>Defendants. )<br>) | Case No. 05-10723 NMG |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3(A), Plaintiff OE Plus Ltd. states that it has no parent company and no publicly held corporation owns 10% or more of its stock.

                                             OE PLUS, LTD.

                                             By its attorneys,

                                               /s/  Heidsha Sheldon
                                             Kevin J. Lesinski (BBO #554140)
                                             Heidsha Sheldon (BBO #655263)
                                             SEYFARTH SHAW LLP
                                             World Trade Center East
                                             Two Seaport Lane, Suite 300
                                             Boston, MA 02210-2028
                                             Telephone:    (617) 946-4800
                                             Telecopier:    (617) 946-4801

Dated:  August 29, 2005

2

## Certificate of Service

      I, Heidsha Sheldon, hereby certify that on August 29, 2005, I caused a true and accurate copy of the within document to be served by first class mail on Michael H. Theodore, Cohn & Dussi, LLC, 25 Burlington Mall Road, 6th Floor, Burlington, MA 01803.

                                                       /s/ Heidsha Sheldon
                                                        Heidsha Sheldon

BO1 15733661.1 / 35276-000002