UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
***************************************************
                                          *
OE PLUS, LTD.,                            *
               Plaintiff                  *
                                          *
       v.                                 *
                                          *   C.A. NO. 05-10723 NMG
                                          *
ARCH AUTO PARTS CORPORATION,              *
MICHAEL LEE and CHRISTOPHER BODH          *
               Defendants                 *
                                          *
                                          *
***************************************************
```

## DEFENDANT ARCH AUTO PARTS CORPORATION'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), the Defendant, Arch Auto Parts Corporation, states that it has no parent company and no publicly held corporation owns 10% or more of its stock.

ARCH AUTO PARTS CORPORATION,

By its attorneys,
Cohn & Dussi, LLC,

/s/ Michael H. Theodore
Lewis J. Cohn, Esq.  BBO#553803
Michael H. Theodore, Esq., BBO#565098
25 Burlington Mall Rd, 6th Floor
Burlington, MA 01803
(781) 494-0200

CERTIFICATE OF SERVICE

    I, Michael H. Theodore, hereby certify that on this 28th day of August, 2005, I served upon counsel of record by first class mail, postage pre-paid, or by electronic filing, a true and accurate copy of the foregoing Corporate Disclosure Statement.

/s/ Michael H. Theodore
Michael H. Theodore