UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * *   *
                                                    *
OE PLUS, LTD.,                                      *
                                                    *
            Plaintiff(s)                            *   CASE NO. 05-10723 NMG
VS.                                                 *
                                                    *
ARCH AUTO PARTS CORPORATION,                        *
MICHAEL LEE and CHRISTOPHER BODH                    *
                                                    *
                                                    *
            Defendant(s)                            *
                                                    *
* * * * * * * * * * * * * * * * * * * * * * * * *   *
```

**MOTION FOR LEAVE TO ADMIT STAN GOLDBERG *PRO HAC VICE***

In accordance with Local Rule 83.5.3(b), Michael H. Theodore, a member of the Bar of the Commonwealth of Massachusetts, respectfully moves for the admission *pro hac vice* of Stan Goldberg of the law firm Platzer Swergold, Karlin, Levine, Goldberg & Jaslow LLP, 1065 Avenue of the Americas, New York, NY 10018, to appear and practice in this Court for this case as counsel for the Defendants, Arch Auto Parts Corporation, Michael Lee and Christopher Bodh. As detailed in the Certificate of Stan Goldberg (attached hereto as Exhibit A), he is a member of the Bar in good standing in every jurisdiction in which he has been admitted to practice. There are no disciplinary proceedings pending against him as a member of the Bar in any jurisdiction, and is familiar with the local rules of the United States District Court for the District of Massachusetts. Payment of the Fifty ($50.00) Dollar admission fee has been submitted to the Clerk of the Court.

WHEREFORE, Michael H. Theodore hereby respectfully requests that the Court grant this motion for leave to admit Stan Goldberg pro hac vice.

Arch Auto Parts Corporation, Michael Lee
and Christopher Bodh
By their Attorneys,

/s/ Michael H. Theodore
Lewis J. Cohn, Esq. BBO#553803
Michael H. Theodore, Esq. BBO#565098
Cohn & Dussi, LLC
25 Burlington Mall Road, 6th Floor
Burlington, MA 01803
(781) 494-0200

**CERTIFICATE OF SERVICE**

      I, Michael H. Theodore, Esquire, hereby certify that on this 7th day of September, 2005, I caused to be served a true and accurate copy of the foregoing by first class mail, postage prepaid, or by electronic mail, upon counsel of record.

                                                                 /s/ Michael H. Theodore
                                                                 Michael H. Theodore

EXHIBIT A

Case 1:05-cv-10723-NMG   Document 13-2   Filed 09/07/2005   Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*    \*

OE PLUS, LTD.,

        Plaintiff(s)   **CASE NO. 05-10723 NMG**

VS.

ARCH AUTO PARTS CORPORATION,
MICHAEL LEE and CHRISTOPHER BODH

        Defendant(s)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*    \*

**CERTIFICATE OF STAN GOLDBERG**

I, STAN GOLDBERG, state the following:

1. I am a member in good standing of the bars of every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. I submit this certificate in support of my application for leave to practice in this Court, which shall be made on motion by Michael H. Theodore, Cohn & Dussi LLC, a member of the bar of this Court.

Dated:

                                            Stan Goldberg