UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * *   *
                                                    *
OE PLUS, LTD.,                                      *
                                                    *
              Plaintiff(s)                          *    CASE NO. 05-10723 NMG
VS.                                                 *
                                                    *
ARCH AUTO PARTS CORPORATION,                        *
MICHAEL LEE and CHRISTOPHER BODH                    *
                                                    *
                                                    *
              Defendant(s)                          *
                                                    *
* * * * * * * * * * * * * * * * * * * * * * * * *   *
```

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, the Defendants, Arch Auto Parts Corporation, Michael Lee and Christopher Bodh, request that this Court enter an Order dismissing each of the causes of action asserted by the Plaintiff, OE Plus, Ltd., in its Complaint dated March 16, 2005, for lack of personal jurisdiction.  Alternatively, in the event that this Court should find that there is personal jurisdiction over the Defendants, the Defendants request this Court to enter an Order, pursuant to 28 U.S.C. Section 1401(a), transferring venue for this action to the United States District Court for the Eastern District of New York; or alternatively, for leave to permit the the Defendant, Arch Auto Parts Corporation, to amend its Answer to assert various additional affirmative defenses, including that of statute of frauds, and to assert a compulsory Counterclaim against the Plaintiff for damages.

In support of this Motion to Dismiss, the Defendants file concurrently herewith, and incorporate by reference, its Memorandum of Law, the Affidavits of both Michael Lee and of Kemraj (a/k/a Chris) Bodh, and the Affidavit of Michael H. Theodore.

WHEREFORE, the Defendants requests that this Court dismiss the Plaintiff's Complaint for lack of personal jurisdiction; or in the alternative, to transfer venue for this action to the United States District Court for the Eastern District of New York; or in the alternative, to allow the Defendant, Arch Auto Parts Corporation, to amend its Answer and to assert a compulsory Counterclaim; and to enter such other relief as is just and necessary.

    Arch Auto Parts Corporation, Michael Lee
and Christopher Bodh
By their Attorneys,


/s/ Michael H. Theodore
Lewis J. Cohn, Esq. BBO#553803
Michael H. Theodore, Esq. BBO#565098
Cohn & Dussi, LLC
25 Burlington Mall Road, 6th Floor
Burlington, MA 01803
(781) 494-0200


Of Counsel

/s/ Stan Goldberg[1]
Stan L. Goldberg
Platzer Swergold, Karlin, Levine, Goldberg & Jaslow LLP
1065 Avenue of the Americas
New York, NY 10018
(212) 593-3000
(212) 593-0353 (fax)
SGoldberg@platzerlaw.com

---

[1] An application to admit Stan Goldberg *pro hac vice* is pending before this Court. The Plaintiff has informed the Defendants that they have no objection to Mr. Goldberg's application.

## CERTIFICATE OF SERVICE

  I, Michael H. Theodore, Esquire, hereby certify that on this 12th day of September, 2005, I caused to be served a true and accurate copy of the foregoing Motion, Memorandum of Law, Affidavits of Michael H. Theodore, Affidavit of Michael Lee, Affidavit of Kemraj (a/k/a Chris) Bodh and proposed Amended Answer and Counterclaim by first class mail, postage prepaid, or by electronic mail, upon counsel of record.

                     <u>/s/ Michael H. Theodore</u>
                     Michael H. Theodore