# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| OE PLUS, LTD. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-10723 NMG |
| | ) | |
| ARCH AUTO PARTS CORPORATION, | ) | |
| MICHAEL LEE and | ) | |
| CHRISTOPHER BODH | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ASSENTED-TO MOTION OF OE PLUS, LTD. TO EXTEND TIME TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Plaintiff OE Plus, Ltd. ("OE Plus") hereby moves this Court to grant it a thirty-day extension of the time to file an opposition to the Defendants' Motion to Dismiss.  In support of this Motion, OE Plus states as follows:

1.      On September 12, 2005, the Defendants filed a Motion to Dismiss on grounds of lack of personal jurisdiction over the Defendants.

2.      OE Plus requests that this Court grant it a thirty-day extension of the time to file an opposition to the Defendant's Motion to Dismiss.  The parties have reached a tentative settlement agreement, which they expect to finalize within thirty days.  A final settlement agreement would obviate the need to respond to the Defendants' Motion to Dismiss, and it would prevent OE Plus from incurring further expense with regards to the Motion to Dismiss.

3.      The Defendants assent to the relief requested by this Motion.

WHEREFORE, OE Plus respectfully request that this Court allow it an additional thirty-days to file an opposition to the Defendants' Motion to Dismiss.

OE PLUS, LTD.

By its attorneys,


  /s/ Heidsha Sheldon
Kevin J. Lesinski (BBO #554140)
Heidsha Sheldon (BBO #655263)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:   (617) 946-4801

Dated:  September 26, 2005


## CERTIFICATION PURSUANT TO L.R. 7.1(A)(2)

Undersigned counsel hereby certifies that she attempted to confer with counsel for the Defendants and in good faith to resolve or narrow the issues raised in this motion.  The Defendants assent to the relief requested by this motion.

  /s/ Heidsha Sheldon
Heidsha Sheldon


## Certificate of Service

I, Heidsha Sheldon, hereby certify that on September 26, 2005, I caused a true and accurate copy of the within document to be served by first class mail on Michael H. Theodore, Cohn & Dussi, LLC, 25 Burlington Mall Road, 6th Floor, Burlington, MA 01803.

  /s/  Heidsha Sheldon
Heidsha Sheldon

2