## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OE PLUS, LTD. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ARCH AUTO PARTS CORPORATION, )<br>MICHAEL LEE and )<br>CHRISTOPHER BODH )<br>)<br>Defendants. )<br>) | Case No. 05-10723 NMG |

**ASSENTED-TO MOTION OF OE PLUS, LTD. TO EXTEND TIME TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff OE Plus, Ltd. ("OE Plus"), hereby moves this Court to grant it a fourteen-day extension of the time to file an opposition to the Defendants' Motion to Dismiss. In support of this Motion, OE Plus states as follows:

1. On September 12, 2005, the Defendants filed a Motion to Dismiss on grounds of lack of personal jurisdiction over the Defendants.

2. On September 26, 2005, OE Plus filed an assented-to motion to extend the time to file an opposition to the Defendants' Motion to Dismiss up to and including October 26, 2005. This Court granted OE Plus' request for an extension of time.

3. OE Plus requests that this Court grant it an additional fourteen-day extension of the time to file an opposition to the Defendant's Motion to Dismiss. Over the last thirty days, the parties have been working on a finalizing a settlement agreement, and they expect to finalize it within fourteen days. A final settlement agreement would obviate the need to respond to the

Defendants' Motion to Dismiss, and it would prevent OE Plus from incurring further expense with regards to the Motion to Dismiss.

4. The Defendants assent to the relief requested by this Motion.

WHEREFORE, OE Plus respectfully request that this Court allow it an additional fourteen days to file an opposition to the Defendants' Motion to Dismiss.

> OE PLUS, LTD.
>
> By its attorneys,
>
> /s/ Heidsha Sheldon
> Kevin J. Lesinski (BBO #554140)
> Heidsha Sheldon (BBO #655263)
> SEYFARTH SHAW LLP
> World Trade Center East
> Two Seaport Lane, Suite 300
> Boston, MA 02210-2028
> Telephone:   (617) 946-4800
> Telecopier:  (617) 946-4801

Dated: October 26, 2005

### CERTIFICATION PURSUANT TO L.R. 7.1(A)(2)

Undersigned counsel hereby certifies that she attempted to confer with counsel for the Defendants and in good faith to resolve or narrow the issues raised in this motion. The Defendants assent to the relief requested by this motion.

> /s/ Heidsha Sheldon
> Heidsha Sheldon

### Certificate of Service

I, Heidsha Sheldon, hereby certify that on October 26, 2005, I caused a true and accurate copy of the within document to be served by first class mail on Michael H. Theodore, Cohn & Dussi, LLC, 25 Burlington Mall Road, 6th Floor, Burlington, MA 01803.

> /s/ Heidsha Sheldon
> Heidsha Sheldon