United States District Court
District of Massachusetts

```
_____
                               )
OE PLUS, LTD.,                 )
                               )
        Plaintiff,             )
                               )    Civil Action No.
        v.                     )    05-10723-NMG
                               )
ARCH AUTO PARTS CORPORATION,   )
MICHAEL LEE and CHRISTOPHER    )
BODH,                          )
                               )
        Defendants.            )
_____)
```

**ORDER**

On August 24, 2005, defendants filed an emergency motion to stay discovery for the purpose of giving them time to file a motion to dismiss for lack of personal jurisdiction. Plaintiff opposed defendants' motion and filed its own motion to compel answers to interrogatories and production of documents on September 9, 2005.

In support of its motion to compel, plaintiff contends that limited discovery is necessary to enable it to oppose defendants' motion to dismiss. That information includes, among other things, whether defendants transacted business in Massachusetts, contracted with Massachusetts entities, solicited Massachusetts residents or derived revenue from goods used or consumed in Massachusetts. For that limited purpose, and that purpose only, defendants will be required to answer plaintiff's interrogatories

-1-

and to produce documents.

In accordance with the foregoing, Defendants' Emergency Motion to Stay Discovery (Docket No. 7) is **DENIED**. Plaintiff's Motion to Compel Answers to Interrogatories and Production of Documents (Docket No. 14) is **ALLOWED** with respect to information related to personal jurisdiction only and is, in all other respects, **DENIED**. Defendants will answer Interrogatories 17-20 of Plaintiff's First Set of Interrogatories and Interrogatories 4-7, to the extent that they implicate jurisdictional issues, and produce all documents relating to those answers. Such discovery shall be completed on or before January 31, 2006, whereupon Plaintiff's Opposition, if any, to the motion of the Defendant, Arch Auto Parts Corporation, to dismiss shall be filed on or before February 28, 2006.

**So ordered.**

_____
Nathaniel M. Gorton
United States District Judge

Dated December 22, 2005