UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OE PLUS, LTD.<br><br>        Plaintiff,<br><br>vs.<br><br>ARCH AUTO PARTS CORPORATION,<br>MICHAEL LEE and<br>CHRISTOPHER BODH<br><br>        Defendants. | Case No. 05-10723 NMG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate and agree that all claims in the above action shall be dismissed with prejudice and without costs, interest or attorneys' fees and that all rights of appeal are hereby waived.

OE PLUS, LTD.

By its attorneys,

/s/ Kevin J. Lesinski
Kevin J. Lesinski (BBO #554140)
Heidsha Batista (BBO #655263)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:   (617) 946-4801

Dated: 1/3/06

ARCH AUTO PARTS CORPORATION,
MICHAEL LEE, and
CHRISTOPHER BODH

By their attorneys,

/s/ Michael
Lewis J. Cohn (BBO #553803)
Michael H. Theodore (BBO #565098)
COHN & DUSSI, LLC
25 Burlington Mall Rd, 6th Floor
Burlington, MA 01803
(781) 494-0200

BO1 15737112.1